UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS SOBER HOUSING CORPORATION,<br>    Plaintiff<br><br>v.<br><br>CITY OF CHELSEA, JAY ASH, in his capacity as City Manager of the City of Chelsea, JOSEPH COONEY, in his capacity as Director of the Department of Inspectional Services of the City of Chelsea, and JOSEPH SIEWKO, in his capacity as Fire Chief of the City of Chelsea,<br>    Defendants | Civil Action No.<br><br>04cv10753 JLT |

## PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION

For the reasons stated in the Verified Complaint, and Memorandum of Law, filed herewith, plaintiff Massachusetts Sober Housing Corporation moves that the Court issue a preliminary injunction against all defendants requiring them to:

1. Issue forthwith a Certificate of Occupancy allowing ten male veterans in recovery from alcoholism and/or drug addiction to take up residence at the house at 68 Hooper Street, Chelsea, Massachusetts;

2. Treat said house as a single family residence for zoning, building code, sanitary code, fire safety, and all other purposes.

3. Cease and desist from interfering with or obstructing the quiet enjoyment of the use by the residents of said house as an Oxford House.

4. Comply with such other orders as the Court deems appropriate.

Dated: April 13, 2004

MASSACHUSETTS SOBER HOUSING CORPORATION

By its attorney,

Bruce T. Macdonald
BBO #310400
678 Massachusetts Avenue
Suite 901
Cambridge, MA 02139
(617) 354-1711