UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Massachusetts Sober Housing Corporation<br>Plaintiff )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>)<br>CITY OF CHELSEA, JAY ASH, in his capacity as )<br>City Manager, JOSEPH COONEY, in his capacity )<br>as Director of the Department of Inspectional )<br>Services of the City of Chelsea, and JOSEPH )<br>SIEWKO, in capacity as Fire Chief of the City of )<br>Chelsea, )<br>Defendant )<br>) | CA No. 04-10753-JLT |

NOTICE OF APPEARANCE

Please enter my appearance as counsel for Respondent, City of Chelsea, City of Chelsea, Jay Ash, in his capacity as City Manager, Joseph Cooney, in his capacity as Director of the Department of Inspectional Services of the City of Chelsea, and Joseph Siewko, in capacity as Fire Chief of the City of Chelsea, in the above-captioned matter.

                                      Respectfully Submitted
                                      City of Chelsea, Jay Ash, Joseph
                                      Cooney, and Joseph Siewko

                                      By Their Attorney,

                                      Cheryl Anne Watson
                                      Corporate Counsel
                                      City of Chelsea
                                      500 Broadway
                                      Chelsea, MA 02150
                                      (617) 889-8280
                                      BBO # 560093

Date: April 20, 2004

CERTIFICATE OF SERVICE

I, Cheryl Anne Watson, counsel for the City of Chelsea, do hereby certify that on this day, I served copies of the above-named document by first class mail, postage pre-paid, upon: Bruce T. MacDonald, Massachusetts Sober Housing Corporation, 673 Massachusetts Avenue, Suite 901, Cambridge, MA 02139.

Cheryl Anne Watson