AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

MASSACHUSETTS SOBER HOUSING CORPORATION

V.

CITY OF CHELSEA, JAY ASH, JOSEPH
COONEY, and JOSEPH SIEWKO

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04cv10753 JLT**

TO: (Name and address of Defendant)

City of Chelsea
City Hall
500 Broadway
Chelsea, MA 02150

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce T. Macdonald
678 Massachusetts Avenue
Suite 901
Cambridge, MA 02139

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  4-13-04

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ _____
              Date              Signature of Server

_____
Address of Server

*SERVICE OF SUMMONS, COMPLAINT, PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION, MEMORANDUM OF LAW ACCEPTED BY CITY OF CHELSEA.*

*APRIL 14, 2004*                    [signature] 4-14-04
                                    Attorney for
                                    City of Chelsea

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.