AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    Massachusetts

MASSACHUSETTS SOBER HOUSING CORPORATION

V.

CITY OF CHELSEA, JAY ASH,
JOSEPH COONEY and JOSEPH SIEWKO

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04cv10753 JLT

TO: (Name and address of Defendant)

Jay Ash
City Manager
City Hall
500 Broadway
Chelsea, MA 02150

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce T. Macdonald
678 Massachusetts Avenue
Suite 901
Cambridge, MA 02139

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  4-13-04

◆AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date                      *Signature of Server*

_____
*Address of Server*



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

April 21, 2004
I hereby certify and return that on 4/20/2004 at 10:00:00 AM I served a true and attested copy of the Summons and Verified Complaint, Application, Memorandum in this action in the following manner: To wit, by delivering in hand to Tracy Nowicki, Law Dept, agent, person in charge at the time of service for John Ash, at City Manager, 500 Broadway, Chelsea City Hall Chelsea, MA 02150. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

(1) /

Deputy Sheriff   Arthur Isberg                                    _____
                                                                    Deputy Sheriff