%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

MASSACHUSETTS SOBER HOUSING CORPORATION

V.

CITY OF CHELSEA, JAY ASH,
JOSEPH COONEY, and JOSEPH SIEWKO

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04cv10753 JLT**

TO: (Name and address of Defendant)

Joseph Cooney,
Director, Dept. of Inspectional Services
City Hall
500 Broadway
Chelsea, MA 02150

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce T. Macdonald
678 Massachusetts Avenue
Suite 901
Cambridge, MA 02139

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK                                           DATE   4-13-04

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____　_____
　　　　　　　　Date　　　　　　　Signature of Server

_____
Address of Server

---

04408935

---



Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

April 21, 2004

I hereby certify and return that on 4/20/2004 at 10:00:00 AM I served a true and attested copy of the Summons and Verified Complaint, Application, Memorandum in this action in the following manner: To wit, by delivering in hand to Tracy Nowicki, Law Dept, agent, person in charge at the time of service for Joseph Cooney, at Director, Department of Inspectional Ser., 500 Broadway, Chelsea City Hall Chelsea, MA 02150. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

Deputy Sheriff Arthur Isberg　　　　Deputy Sheriff