AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED IN CLERKS OFFICE

2004 APR 23 P 12: 08

U.S. DISTRICT COURT DISTRICT OF MASS

MASSACHUSETTS SOBER HOUSING CORPORATION

V.

CITY OF CHELSEA, JAY ASH, JOSEPH COONEY, and JOSEPH SIEWKO

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 CV 10753 JLT

TO: (Name and address of Defendant)

Joseph Siewko
Fire Chief
311 Chestnut Street
Chelsea, MA 02150

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce T. Macdonald
678 Massachusetts Avenue
Suite 901
Cambridge, MA 02139

an answer to the complaint which is served on you with this summons, within twenty days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

4-13-04

DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ Date ______ *Signature of Server*

______ *Address of Server*

Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

April 21, 2004

I hereby certify and return that on 4/20/2004 at 10:00:00 AM I served a true and attested copy of the Summons and Verified Complaint, Application, Memorandum in this action in the following manner: To wit, by delivering in hand to Tracy Nowicki, Law Dept, agent, person in charge at the time of service for Joseph Siewko, at Fire Chief, 311 Chestnut Street, Fire Department Headquarters Chelsea, MA 02150. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Conveyance ($2.40), Travel ($5.12), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $48.52

Deputy Sheriff Arthur Isberg

*Deputy Sheriff*

04009236