UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10753-JLT

MASSACHUSETTS SOBER HOUSING
CORPORATION,

Plaintiff

v.

CITY OF CHELSEA, JAY ASH, JOSEPH
COONEY, and JOSEPH SIEWKO

Defendants

CERTIFICATE OF CONFERRAL
PURSUANT TO L.R. 7.1(A)(2)

Now comes the undersigned counsel and hereby certifies that on April 27, 2004, I conferred with plaintiff's counsel concerning Defendants' Motion For Enlargement Of Time. As a result of said conferral, plaintiff's counsel assented to the motion.

DEFENDANTS,
CITY OF CHELSEA, JAY ASH, JOSEPH
COONEY, and JOSEPH SIEWKO

Through special appearance of counsel,

_____
Joseph L. Tehan, Jr. (BBO # 494020)
Sarah N. Turner (BBO# 654195)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 5-3-04

219868/60700/0001