UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10753-JLT

| | |
|---|---|
| MASSACHUSETTS SOBER HOUSING CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>CITY OF CHELSEA, JAY ASH, JOSEPH COONEY, and JOSEPH SIEWKO<br><br>Defendants | ASSENTED TO MOTION TO ENLARGE TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING |

Now come the Defendants and move pursuant to Fed. R. Civ. P. 6(b) for enlargement of time in which to answer or otherwise respond to the Plaintiff's Complaint up to and including May 17, 2004.

As grounds for this Motion, the Defendants state:

1. The undersigned defense attorney was only recently designated as defense counsel.

2. Additional time is necessary in order to investigate the facts, determine issues of representation, and prepare a reasoned response to the Complaint.

3. An enlargement of time up to and including May 17, 2004, will not prejudice the Plaintiff or significantly delay the court proceedings.

Wherefore, the Defendants request that they be granted until May 17, 2004, to file their response to Plaintiff's Complaint.

DEFENDANTS,
CITY OF CHELSEA, JAY ASH, JOSEPH
COONEY, AND JOSEPH SIEWKO,

Through special appearance of counsel,

_____
Joseph L. Tehan, Jr. (BBO# 494020)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

Assented to:

_____
Bruce T. Macdonald
678 Massachusetts Avenue
Suite 901
Cambridge, MA 02139
(617) 354-1711

219865/METG/0001

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 5-3-04.