# United States District Court
## District of Massachusetts

```
MASSACHUSETTS SOBER HOUSING


                                        CA 04-10753-JLT
    V

CITY OF CHELSEA, et al
```

### NOTICE

The above-entitled case has been set for **a Motion Hearing on May 13, 2004 at 10:45 A.M.** in <u>Courtroom 20,7th Floor,at new FEDERAL COURTHOUSE,</u> 1 Courthouse Way, Boston, MA.

Note: Any counsel who realizes that one or more attorneys have not been notified, shall forthwith notify the additional attorneys in writing.

```
                                        By the Court,

                                        /s/

                                        Zita Lovett
                                        Deputy Clerk
```

Date: May 5, 2004
CC:   All counsel of record