UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSACHUSETTS SOBER HOUSING CORPORATION,<br>    Plaintiff<br><br>v.<br><br>CITY OF CHELSEA, JAY ASH, in his capacity as City Manager of the City of Chelsea, JOSEPH COONEY, in his capacity as Director of the Department of Inspectional Services of the City of Chelsea, and JOSEPH SIEWKO, in his capacity as Fire Chief of the City of Chelsea,<br>    Defendants | Civil Action No. 04-10753-JLT |

## SCHEDULING CONFERENCE JOINT STATEMENT

Pursuant to the Notice of Scheduling Conference, the parties submit the following:

1. **Discovery Plan**

   a.  Written discovery to be served by January 31, 2005.

   b.  All fact discovery is to be completed by June 30, 2005.

   c.  All trial experts are to be designated and disclosure of information contemplated by Fed.R.Civ.P. 26 to be provided by plaintiff no later than May 31, 2005, and by the defendants no later than June 30, 2005; deposition of plaintiff's experts may be conducted through June 30, 2005; depositions of defendants' experts may be conducted through July 29, 2005.

2. **Schedule for Filing of Motions**

Motions for summary judgment are to be filed by August 31, 2005; responses are to be filed within fourteen (14) calendar days thereafter pursuant to Local Rule 7.1

3. **Certification of Counsel**

Certifications signed by counsel and an authorized representative of each party affirming that each party and that party's counsel have conferred regarding a budget for the costs of litigation and to consider the use of alternative dispute resolution, are attached.

4. **Proposed Conference Agenda**

1. Whether instant action should be stayed pending resolution of *Massachusetts Sober Housing Corporation v. Automatic Sprinkler Appeals Board* (Middlesex Superior No. 04-2281)

2. Pending investigation by Department of Justice

3. Discovery Plan

4. Alternative Dispute Resolution

Dated: November 30, 2004

_____
Jonathan M. Silverstein, Esq.
Kopelman and Paige, P.C.
Attorney for Defendants
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

_____
Bruce T. Macdonald, Esq.
Attorney for Plaintiff
678 Massachusetts Avenue
Suite 901
Cambridge, MA 02139
(617) 354-1711

_/s/ Cheryl Anne Watson_
Cheryl Anne Watson, Esq.
Attorney for Defendants
Law Department
City of Chelsea
500 Broadway
Chelsea, MA 02150
(617) 889-8280