UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSACHUSETTS SOBER HOUSING CORPORATION,<br>            Plaintiff<br><br>v.<br><br>CITY OF CHELSEA, JAY ASH, in his capacity as City Manager of the City of Chelsea, JOSEPH COONEY, in his capacity as Director of the Department of Inspectional Services of the City of Chelsea, and JOSEPH SIEWKO, in his capacity as Fire Chief of the City of Chelsea,<br>            Defendants | Civil Action No. 04-10753-JLT |

## CERTIFICATION PURSUANT TO L.R. 16.1(D)(3)

We the undersigned party and counsel certify that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____  
Massachusetts Sober Housing Corporation  
By: Paul Sheehan, its president

_____  
Bruce T. Macdonald  
Attorney for Plaintiff  
678 Massachusetts Avenue  
Suite 901  
Cambridge, MA 02139  
(617) 354-1711  
BBO #310400

11/23/2004 13:48 FAX 617 654 1735     KOPELMAN AND PAIGE     ☒002/002

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10753JLT

| | |
|---|---|
| MASSACHUSETTS SOBER HOUSING CORPORATION, <br><br> Plaintiff <br><br> v. <br><br> CITY OF CHELSEA, JAY ASH, in his capacity as City Manager of the City of Chelsea, JOSEPH COONEY, in his capacity as Director of the Department of Inspectional Services of the City of Chelsea, and JOSEPH SIEWKO, in his capacity as Fire Chief of the City of Chelsea, <br><br> Defendants | CERTIFICATION OF CONFERRAL PURSUANT TO L.R. 16.1(D)(3) |

We, the undersigned party and counsel, hereby certify that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course — and various alternative courses — of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_[signature]_
City of Chelsea,
By its City Solicitor
Cheryl Anne Watson
BBO# 560093

_[signature]_
Jonathan M. Silverstein (BBO# 630431)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

237236/metr/0555

## CERTIFICATE OF SERVICE

    I, Bruce T. Macdonald, attorney for plaintiff herein, hereby certify that I serve a copy of Scheduling Conference Joint Statement on the defendants by mailing a copy of same to: Jonathan M. Silverstein, Esq., Kopelman and Paige, 31 St. James Avenue, Boston, MA 02116; and Cheryl Anne Watson, Esq., Law Department, 500 Broadway, Chelsea, MA 02150, on November 30, 2004.

Dated: November 30, 2004

_____
Bruce T. Macdonald