UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MASSACHUSETTS SOBER HOUSING CORPORATION, | * * * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 04-10753-JLT |
| | * | |
| CITY OF CHELSEA, JAY ASH, in his capacity as City Manager of the City of Chelsea, JOSEPH COONEY, in his capacity as Director of the Department of Inspectional Services of the City of Chelsea, and JOSEPH SIEWKO, in his capacity as Fire Chief of the City of Chelsea | * * * * * * * | |
| Defendants. | * | |

ORDER

December 9, 2004

TAURO, J.

After a conference on December 7, 2004, this court hereby orders that:

1. This action is stayed pending resolution of *Massachusetts Sober Housing Corp. v. Automatic Sprinkler Appeals Board* (Middlesex Superior No. 04-2281); and

2. The Parties shall file a status report by April 29, 2005.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge