UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS SOBER HOUSING CORPORATION, ) ) ) Plaintiff, ) ) v. ) ) CITY OF CHELSEA, et al., ) ) Defendants. ) | Civil Action No. 04-cv-10753-JLT |

## NOTICE OF APPEARANCE

Please enter on the docket the appearance of Annapurna Balakrishna, Assistant Attorney General, as counsel for the state defendant Automatic Sprinkler Appeals Board in the above-captioned action.

By their attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Balakrishna
Annapurna Balakrishna, BBO #655051
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, Massachusetts 02108
(617) 727-2200, ext. 2678

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 6/28/05.
/s/ Balakrishna

Date: June 28, 2005