LEONARD KOPELMAN
DONALD G. PAIGE
ELIZABETH A. LANE
JOYCE FRANK
JOHN W. GIORGIO
BARBARA J. SAINT ANDRE
JOEL B. BARD
JOSEPH L. TEHAN, JR.
THERESA M. DOWDY
DEBORAH A. ELIASON
RICHARD BOWEN
DAVID J. DONESKI
JUDITH C. CUTLER
KATHLEEN E. CONNOLLY
DAVID C. JENKINS
MARK R. REICH
BRIAN W. RILEY
DARREN R. KLEIN
JONATHAN M. SILVERSTEIN
ANNE-MARIE M. HYLAND
JASON R. TALERMAN
GEORGE X. PUCCI

EDWARD M. REILLY
 DIRECTOR WESTERN OFFICE
WILLIAM HEWIG III
JEANNE S. McKNIGHT

KOPELMAN AND PAIGE, P. C.

ATTORNEYS AT LAW

31 ST. JAMES AVENUE

BOSTON, MASSACHUSETTS 02116-4102

(617) 556-0007
FAX (617) 654-1735

PITTSFIELD OFFICE
(413) 443-6100

NORTHAMPTON OFFICE
(413) 585-8632

WORCESTER OFFICE
(508) 752-0203

KATHLEEN M. O'DONNELL
PATRICIA A. CANTOR
THOMAS P. LANE, JR.
MARY L. GIORGIO
MICHELE E. RANDAZZO
THOMAS W. McENANEY
KATHARINE GOREE DOYLE
LAUREN F. GOLDBERG
JEFFREY A. HONIG
GREGG J. CORBO
RICHARD T. HOLLAND
ELIZABETH R. CORBO
MARIA C. ROTA
VICKI S. MARSH
JOHN J. GOLDROSEN
SHIRIN EVERETT
BRIAN E. GLENNON, II
JONATHAN D. EICHMAN
JOSEPH S. FAIR
LAURA H. PAWLE
CAROLYN M. MURRAY
JACKIE COWIN
SARAH N. TURNER
JEFFREY T. BLAKE
R. ERIC SLAGLE
CAROLYN KELLY MACWILLIAM
ANNE C. ROSENBERG
PETER L. MELLO

May 26, 2004

Hon. Joseph L. Tauro
United States District Court
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Massachusetts Sober Housing Corporation v. City of Chelsea, et al.
      U.S. District Court C.A. No. 04-10753-JLT

Dear Judge Tauro:

   As you may recall, this litigation involves claims that the City of Chelsea violated various state and federal statutes by requiring the plaintiff to install automatic sprinklers at a residential facility run by the plaintiff. In addition to filing this action, the plaintiff appealed the City's determination in this regard to the Massachusetts Automatic Sprinkler Appeals Board, which affirmed the City's decision. The plaintiff subsequently appealed the Sprinkler Board's decision to the Massachusetts Superior Court, pursuant to the State's Administrative Procedures Act (G.L. c.30A).

   At the scheduling conference in this matter, held on December 7, 2004, Your Honor stayed this litigation, pending the resolution of the administrative appeal and directed the parties to report on the status of that appeal by the end of this month. Pursuant to this directive, the parties now report that cross-motions for judgment on the pleadings in the administrative appeal were argued before the Superior Court (Houston, J.) on April 25, 2005. On May 17, 2005, the Superior Court entered a final judgment affirming the decision of the Sprinkler Board. The plaintiff has now filed a Notice of Appeal from the Superior Court's May 17 Judgment.

KOPELMAN AND PAIGE, P.C.

Hon. Joseph L. Tauro
May 26, 2005
Page 2

    We would be pleased to provide the Court with any further information regarding the status of this matter.

Very truly yours,

Jonathan M. Silverstein,
For the defendants

And

Bruce T. McDonald,
For the plaintiff

JMS/sjm
cc:   Cheryl Anne Watson, Esq.
       Peter Roxo (MAS-0039148)
249840/METG/0555