UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10753-JLT

MASSACHUSETTS SOBER HOUSING
CORPORATION,

Plaintiff

v.

CITY OF CHELSEA, JAY ASH, In His Capacity as
City Manager, JOSEPH COONEY, In His Capacity
as Director of the Department of Inspectional
Services of the City of Chelsea, and JOSEPH
SIEWKO, In Capacity as Fire Chief of the City of
Chelsea,

Defendants

NOTICE OF CHANGE OF
ADDRESS

Notice is given that as of February 6, 2006, the address of undersigned counsel will be:

Kopelman and Paige, P.C.
101 Arch Street
Boston, MA 02110-1109
(617) 556-0007
FAX (617) 654-1735

DEFENDANTS,
By their attorney,

 /s/
Joseph L. Tehan, Jr. (BBO # 494020)
Jonathan M. Silverstein (BBO# 630431)
Kopelman and Paige, P.C.
101 Arch Street
Boston, MA  02110
(617) 556-0007

CERTIFICATE OF SERVICE
I hereby certify that a true copy of this
Document was served upon the
Attorney of record for each party
By mail on March   , 2006.

2170
275529/METG/0555

218388/METG/0555