UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10753JLT

| | |
|---|---|
| MASSACHUSETTS SOBER HOUSING CORPORATION,<br><br>    Plaintiff<br><br>v.<br><br>CITY OF CHELSEA, JAY ASH, in his capacity as City Manager of the City of Chelsea, JOSEPH COONEY, in his capacity as Director of the Department of Inspectional Services of the City of Chelsea, and JOSEPH SIEWKO, in his capacity as Fire Chief of the City of Chelsea,<br><br>    Defendants | STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

Now come the parties to the above-captioned matter and hereby stipulate to dismissal of this action with prejudice, with all rights of appeal waived, and with each party to bear its own costs and counsel fees.

PLAINTIFF,
By its attorney

DEFENDANTS,
By their attorney

/s/Bruce T. Macdonald/jms
Bruce T. Macdonald (BBO# 310400)
678 Massachusetts Avenue
Suite 901
Cambridge, MA 02139
(617) 354-1711

/s/Jonathan M. Silverstein
Jonathan M. Silverstein (BBO# 630431)
Kopelman and Paige, P.C.
101 Arch Street
12th Floor
Boston, MA 02110
(617) 556-0007

349202/metr/0555